Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.P., by and through her guardians C.P. and D.P.,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE PUBLIC SCHOOLS, a quasi-municipal corporation.<br><br>Defendant. | No. 2:25-cv-00286-BJR<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM INITIAL CASE SCHEDULING DEADLINES AND TO SET A BRIEFING SCHEDULE |

This matter comes before the Court on the parties' Stipulated Motion for Relief from Initial Case Scheduling Deadlines and to Set a Briefing Schedule ("Stipulated Motion").

The parties' Stipulated Motion is **GRANTED**. The parties are relieved from the initial case scheduling deadlines set forth in the Court's Order dated March 14, 2025 (Dkt. #9).

The Court further **ORDERS** that the briefing schedule for resolution of Plaintiffs' appeal be as follows:

- Plaintiffs' Opening Motion: due May 13, 2025, not to exceed 30 pages;
- The District's Opposition and Cross-Motion: due June 12, 2025, not to exceed 30 pages;
- Plaintiffs' Opposition and Reply: due June 27, 2025, not to exceed 20 pages; and
- The District's Reply: due July 14, 2025, not to exceed 20 pages.

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM INITIAL CASE SCHEDULING DEADLINES AND TO SET A BRIEFING SCHEDULE - 1
2:25-cv-00286-BJR

Cedar Law PLLC
600 1st Ave., Ste. 330, PMB 96563
Seattle, WA 98104
Ph: (206) 607-8277 | Fax: (206) 237-9101
alex@cedarlawpllc.com

The issue of Plaintiffs' entitlement to attorneys' fees and costs, if any, is reserved until the merits of Plaintiffs' appeal have been resolved.

DATED this 31st day of March, 2025.

_Barbara J Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

| CEDAR LAW PLLC | PACIFICA LAW GROUP LLP |
|---|---|
| By  s/ Alex Hagel   <br>    Alexander Hagel, WSBA #55423 <br>*Attorney for Plaintiffs* | By     s/ Sarah C. Johnson   <br>    Sarah C. Johnson, WSBA #34529 <br>    Susan Winkleman, WSBA #49544 <br>*Attorneys for Defendant* |

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM INITIAL CASE SCHEDULING DEADLINES AND TO SET A BRIEFING SCHEDULE - 2
2:25-cv-00286-BJR

Cedar Law PLLC
600 1st Ave., Ste. 330, PMB 96563
Seattle, WA 98104
Ph: (206) 607-8277 | Fax: (206) 237-9101
alex@cedarlawpllc.com